

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| VICENTE CUELLAR, | § | No. 08-18-00133-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04843) |
|  | § |  |

**O RDER**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **February 27, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garza, Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before February 27, 2019.

If the Reporters Record is not filed with this Court by February 27 ,2019, this Court will consider whether it is necessary to order the trial Court to conduct a hearing to determine why the record has not been filed.

IT IS SO ORDERED this 31st day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.